# APPENDIX I

Each line below is deemed an allegation, incorporating the allegations, language, and references within the Iran Short Form Complaint to which this Appendix 1 is appended and shall be referenced as Allegation 1 of Appendix 1 to the Iran Short Form Complaint, Allegation 2 of Appendix 1 to the Iran Short Form Complaint, etc.[1]

| No. | Plaintiff's Name (Last, First, Middle) | Plaintiff's State of Residency | Plaintiff's Citizenship or Nationality on 9/11/2001 | 9/11 Decedent's Full Name | Plaintiff's Relationship to 9/11 Decedent | 9/11 Decedent's Citizenship/Nationality on 9/11/2001 | Nature of Claim (Wrongful Death (WD), Solatium, Personal Injury (PI)) |
|---|---|---|---|---|---|---|---|
| 1. | Chairnoff, Hugh A. | PA | United States | Jeffrey Marc Chairnoff | Father | United States | Solatium |
| 2. | Chairnoff, Hedda S. | PA | United States | Jeffrey Marc Chairnoff | Mother | United States | Solatium |
| 3. | Guja, Debra | NY | United States | Geoffrey E. Guja | Personal Representative | United States | PI/WD |
| 4. | Guja, Debra | NY | United States | Geoffrey E. Guja | Wife | United States | Solatium |
| 5. | Larson, Luke Jerome | MT | United States | John Adam Larson | Brother | United States | Solatium |
| 6. | Larson, Luke Jerome, as the Personal Representative of the Estate of Leroy E. Larson | MT | United States | John Adam Larson | Father (deceased) | United States | Solatium |
| 7. | Larson, Matthew | AK | United States | John Adam Larson | Brother | United States | Solatium |
| 8. | Luckett, James Taylor | NC | United States | Edward H. Luckett | Brother | United States | Solatium |
| 9. | Luckett, Alexandra | SC | United States | Edward H. Luckett | Sister | United States | Solatium |
| 10. | Luckett, Kathryn C. | RI | United States | Edward H. Luckett | Sister | United States | Solatium |
| 11. | Tepedino, Vincent Joseph | NY | United States | Jody Tepedino Nichilo | Brother | United States | Solatium |

---

[1] Plaintiffs are grouped alphabetically by the last name of their 9/11 decedent-relative.

| 12. | Nimbley, Isabel | FL | United States | Paul Richard Nimbley | Wife | United States | Solatium |
| 13. | Nimbley, Michael | FL | United States | Paul Richard Nimbley | Son | United States | Solatium |
| 14. | Nimbley, Michele M. | NJ | United States | Paul Richard Nimbley | Daughter | United States | Solatium |
| 15. | Anderson, Angel | FL | United States | Paul Richard Nimbley | Stepdaughter | United States | Solatium |
| 16. | Anderson, Aishah | FL | United States | Paul Richard Nimbley | Stepdaughter | United States | Solatium |
| 17. | Parks, Elizabeth | NJ | United States | Robert E. Parks, Jr. | Sister | United States | Solatium |
| 18. | Parks, David | NJ | United States | Robert E. Parks, Jr. | Brother | United States | Solatium |
| 19. | Parks-Clancy, Carol | NJ | United States | Robert E. Parks, Jr. | Sister | United States | Solatium |
| 20. | Parks-Roubal, Lauren | MI | United States | Robert E. Parks, Jr. | Sister | United States | Solatium |