UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
:
IN RE:                              :           ORDER
                                    :
TERRORIST ATTACKS ON                :           03 MDL 1570 (GBD) (SN)
SEPTEMBER 11, 2001                  :
                                    :
------------------------------------x

This document relates to:

*Chairnoff, et al. v. Islamic Republic of Iran*, No. 18-cv-12370 (GBD) (SN)

GEORGE B. DANIELS, United States District Judge:

The Clerk of Court is directed to enter partial final default judgment for Plaintiff Jamie K. Hawkins consistent with this Court's March 22, 2023 Memorandum Decision and Order. (ECF No. 8947.[1]) The Clerk of Court is further directed to close the motions at ECF No. 9363 in 03-md-1570 and ECF No. 130 in 18-cv-12370.

Dated: April 16, 2024
       New York, New York

                                            SO ORDERED.

                                            *George B. Daniels* (signature)
                                            _____
                                            GEORGE B. DANIELS
                                            United States District Judge

---

[1] Unless otherwise stated, all ECF citations included herein refer to documents filed on the 9/11 multidistrict litigation docket. *See In re Terrorist Attacks on September 11, 2001*, No. 03-md-1570 (GBD) (SN).